**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OLIVIA CRAFT,** *et al.*,

   **Plaintiffs,**

  v.           **Civil Action 2:26-cv-304**
              **Chief Judge Sarah D. Morrison**
              **Magistrate Judge Chelsey M. Vascura**

**DUO FIT, LLC,**

   **Defendant.**

**ORDER**

  This matter is before the Court on the parties' Joint Motion to Vacate and Reschedule the Preliminary Pretrial Conference (ECF No. 8). For good cause shown, the Motion is **GRANTED**. The Preliminary Pretrial Conference currently scheduled for May 28, 2026, is **VACATED**. The parties are **ORDERED** to file a joint Rule 26(f) report **ON OR BEFORE JUNE 22, 2026**, which will prompt the Court to reschedule the Preliminary Pretrial Conference if necessary.

  **IT IS SO ORDERED.**

           /s/ *Chelsey M. Vascura*
           CHELSEY M. VASCURA
           UNITED STATES MAGISTRATE JUDGE